John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
DIGITECH IMAGE TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>Defendant. | CASE NO. SACV 12-01324-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA,<br><br>Defendant. | CASE NO. SACV 12-01667-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |

1
2
3
4
5
6
7

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BUY.COM, INC.,<br><br>Defendant. | CASE NO. SACV 12-01668-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
|---|---|

8
9
10
11
12
13
14
15

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM LLC,<br><br>Defendants. | CASE NO. SACV 12-01669-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
|---|---|

16
17
18
19
20
21
22

| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CANON INC. and CANON U.S.A., INC.,<br><br>Defendants. | CASE NO. SACV 12-01670-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
|---|---|

23
24
25
26
27
28

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>B&H FOTO & ELECTRONICS CORP.,<br><br>Defendant. | CASE NO. SACV 12-01671-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAKAR INTERNATIONAL, INC. d/b/a VIVITAR,<br><br>Defendant. | CASE NO. 8:12-CV-01673-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEAF IMAGING LTD (d/b/a Mamiyaleaf), and MAMIYA AMERICA CORPORATION,<br><br>Defendants. | CASE NO. 8:12-CV-01675-ODW (MRW)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS CORPORATION AND OLYMPUS IMAGING AMERICA, INC.,<br><br>Defendant. | CASE NO. SACV 12-01676-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE | CASE NO. SACV 12-01677-ODW |

| | | |
|---|---|---|
| 1 | | |
| 2 | TECHNOLOGIES, LLC, | (MRWx) |
| 3 | Plaintiff, | [PROPOSED] ESI ORDER |
| 4 | v. | |
| 5 | LEICA CAMERA AG and LEICA CAMERA INC., | Judge: Hon. Otis D. Wright, II |
| 6 | Defendants. | |
| 7 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01678-ODW (MRWx) |
| 8 | | |
| 9 | Plaintiff, | [PROPOSED] ESI ORDER |
| 10 | v. | |
| 11 | SONY CORPORATION; SONY CORPORATION OF AMERICA; and SONY ELECTRONICS INC., | Judge: Hon. Otis D. Wright, II |
| 12 | | |
| 13 | Defendants. | |
| 14 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01679-ODW (MRWx) |
| 15 | | |
| 16 | Plaintiff, | [PROPOSED] ESI ORDER |
| 17 | v. | |
| 18 | FUJIFILM CORPORATION, | Judge: Hon. Otis D. Wright, II |
| 19 | Defendant. | |
| 20 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. 8:12-cv-01680-ODW (MRWx) |
| 21 | Plaintiff, | |
| 22 | v. | [PROPOSED] ESI ORDER |
| 23 | GENERAL IMAGING CO., | |
| 24 | Defendants. | |
| 25 | | Judge: Hon. Otis D. Wright, II |
| 26 | | |
| 27 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01681-ODW (MRWx) |
| 28 | | |

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>SIGMA CORPORATION ET AL.,<br><br>Defendant(s). | [PROPOSED] ESI ORDER<br><br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | CASE NO. SACV 12-01683-ODW (MRWx)<br><br><br>[PROPOSED] ESI ORDER<br><br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NIKON CORPORATION AND NIKON INC.,<br><br>Defendant. | CASE NO. SACV 12-01685-ODW (MRWx)<br><br><br>[PROPOSED] ESI ORDER<br><br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRO ELECTRONICS, INC.,<br><br>Defendant. | CASE NO. SACV 12-01686-ODW (MRWx)<br><br><br>[PROPOSED] ESI ORDER<br><br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OVERSTOCK.COM, INC., | CASE NO. SACV 12-01687-ODW (MRWx)<br><br><br>[PROPOSED] ESI ORDER |

| | | |
|---|---|---|
| 1 | | |
| 2 | Defendant. | |
| 3 | | Judge: Hon. Otis D. Wright, II |
| 4 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01688-ODW (MRWx) |
| 5 | | |
| 6 | Plaintiff, | [PROPOSED] ESI ORDER |
| 7 | v. | |
| 8 | NEWEGG INC. and NEWEGG.COM INC., | |
| 9 | Defendants. | Judge: Hon. Otis D. Wright, II |
| 10 | | |
| 11 | NEWEGG INC. | |
| 12 | Counter-Plaintiff, | |
| 13 | v. | |
| 14 | DIGITECH IMAGE TECHNOLOGIES, LLC and ACACIA RESEARCH CORPORATION | |
| 15 | | |
| 16 | | |
| 17 | Counter-Defendants. | |
| 18 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01689-ODW (MRWx) |
| 19 | Plaintiff, | |
| 20 | | [PROPOSED] ESI ORDER |
| 21 | v. | |
| 22 | PENTAX RICOH IMAGING COMPANY, LTD., PENTAX RICOH IMAGING AMERICAS CORP., RICOH COMPANY, LTD., AND RICOH AMERICAS CORP., | |
| 23 | | Judge: Hon. Otis D. Wright, II |
| 24 | | |
| 25 | Defendants. | |
| 26 | DIGITECH IMAGE TECHNOLOGIES, LLC, | CASE NO. SACV 12-01693-ODW (MRWx) |
| 27 | | |
| 28 | Plaintiff, | [PROPOSED] ESI ORDER |

| | |
|---|---|
| v.<br><br>XEROX CORPORATION,<br><br>Defendant. | Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.,<br><br>Defendants. | CASE NO. SACV 12-01694-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CDW LLC,<br><br>Defendant(s). | CASE NO. SACV 12-01695-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HASSELBLAD AB and HASSELBLAD USA INC.,<br><br>Defendants. | CASE NO. 8:12-cv-01696-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASIO COMPUTER CO LTD, CASIO AMERICA, INC.,<br><br>Defendants. | CASE NO. SACV 12-01697-ODW (MRW)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC.,<br><br>Defendants. | CASE NO. SACV 12-02122 ODW (SSx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC, et al.,<br><br>Defendants. | CASE NO. SACV 12-02123-ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br>Defendants. | CASE NO. SACV 12-02125 ODW (MRWx)<br><br>[PROPOSED] ESI ORDER<br><br>Judge: Hon. Otis D. Wright, II |

Defendants Electronics for Imaging, Inc., Panasonic Corporation, Panasonic

Corporation of North America, Buy.com, Inc., Best Buy Co., Inc., Best Buy Stores, LP; Bestbuy.com LLC, Canon Inc., Canon U.S.A., Inc., B & H Foto & Electronics Corp., Sakar International, Inc. d/b/a Vivitar, Leaf Imaging LTD (d/b/a Mamiyaleaf), Mamiya America Corporation, Olympus Corporation, Olympus Imaging America, Inc., Leica Camera AG, Leica Camera Inc., Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., Fujifilm Corporation, General Imaging Co., Sigma Corporation et al., Target Corporation, Nikon Corporation, Nikon Inc., Micro Electronics, Inc., Overstock.com, Inc., Pentax Ricoh Imaging Company, Ltd., Pentax Ricoh Imaging Americas Corp., Ricoh Company, Ltd., Ricoh Americas Corp., Newegg Inc., Newegg.com, Inc., Acacia Research Corporation, Xerox Corporation, Konica Minolta Business Solutions, U.S.A., Inc., Victor Hasselblad AB and Hasselblad USA Inc., Casio Computer Co Ltd, Casio America, Inc., ASUS Computer International, ASUStek Computer Inc., Motorola Mobility, LLC et al., Apple Inc. and CDW LLC (collectively "Defendants"), and the Third-Party Defendant in the *Newegg* case, Acacia Research Corporation, through their respective counsel of record, hereby move that the Court enter this Order regarding Electronically Stored Information.

1.   This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination" of this action, as required by Federal Rule of Civil Procedure 1.

2.   This Order may be modified for good cause. The parties shall jointly submit any proposed modifications within 30 days after the Federal Rule of Civil Procedure 16 conference. If the parties cannot resolve their disagreements regarding these modifications, the parties shall submit their competing proposals and a summary of their dispute.

3. Costs will be shifted for disproportionate ESI production requests pursuant to Federal Rule of Civil Procedure 26. Likewise, a party's nonresponsive or dilatory discovery tactics will be cost-shifting considerations.

4. A party's meaningful compliance with this Order and efforts to promote efficiency and reduce costs will be considered in cost-shifting determinations.

5. General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall not include metadata absent a showing of good cause. However, fields showing the date and time when an email was sent and received, as well as the complete distribution list, shall generally be included in the production.

6. General production requests under Federal Rules of Civil Procedure 34 and 45 shall not include ESI or email or other forms of electronic correspondence (collectively "ESI"). To obtain ESI parties must propound specific ESI production requests.

7. ESI production requests shall only be propounded for specific issues, rather than general discovery of a product or business.

8. ESI production requests shall be phased to occur after the parties have exchanged initial disclosures and basic documentation about the patents, the prior art, the accused instrumentalities, and the relevant finances. While this provision does not require the production of such information, the Court encourages prompt and early production of this information to promote efficient and economical streamlining of the case.

9. Email production requests shall identify the custodian, search terms, and time frame. In the event non-email ESI is in the possession of specific custodians, non-email ESI production requests shall also identify the custodian, search terms, and time frame. The parties shall cooperate to identify the proper custodians, proper search terms and proper timeframe.

10. Each requesting party shall limit its email (and, where applicable, non-email ESI) production requests to a total of five custodians per producing party for all such requests. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for up to five additional custodians per producing party, upon showing a distinct need based on the size, complexity, and issues of this specific case. Should a party serve email (and, where applicable, non-email ESI) production requests for additional custodians beyond the limits agreed to by the parties or granted by the Court pursuant to this paragraph, the requesting party shall bear all reasonable costs caused by such additional discovery.

11. Each requesting party shall limit its email (and, where applicable, non-email ESI) production requests to a total of five search terms per custodian per party. The parties may jointly agree to modify this limit without the Court's leave. The Court shall consider contested requests for up to five additional search terms per custodian, upon showing a distinct need based on the size, complexity, and issues of this specific case. The search terms shall be narrowly tailored to particular issues. Indiscriminate terms, such as the producing company's name or its product name, are inappropriate unless combined with narrowing search criteria that sufficiently reduce the risk of overproduction. A conjunctive combination of multiple words or phrases (*e.g.*, "computer" and "system") narrows the search and shall count as a single search term. A disjunctive combination of multiple words or phrases (*e.g.*, "computer" or "system") broadens the search, and thus each word or phrase shall count as a separate search term unless they are variants of the same word. Use of narrowing search criteria (*e.g.*, "and," "but not," "w/x") is encouraged to limit the production and shall be considered when determining whether to shift costs for disproportionate discovery. Should a party serve email (and, where applicable, non-email ESI) production requests with search terms beyond the limits

agreed to by the parties or granted by the Court pursuant to this paragraph, the requesting party shall bear all reasonable costs caused by such additional discovery.

12. The receiving party shall not use ESI that the producing party asserts is attorney-client privileged or work product protected to challenge the privilege or protection.

13. Pursuant to Federal Rule of Evidence 502(d), the inadvertent production of a privileged or work product protected ESI is not a waiver in the pending case or in any other federal or state proceeding.

14. The mere production of ESI in a litigation as part of a mass production shall not itself constitute a waiver for any purpose.

15. By entering into this Order, the Parties do not consent to any ESI discovery and do not waive their rights to seek a protective order in lieu of responding to any ESI discovery request, and also to seek reimbursement for the costs of bringing a motion for protective order.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Jones Day |

By: /s/
FRANK P. COTE

Attorneys for Defendant
Electronics for Imaging, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendants
Panasonic Corporation And Panasonic Corporation of North America

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Dorsey & Whitney LLP |

By: /s/
CASE COLLARD

Attorneys for Defendant Buy.com Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Robins, Kaplan, Miller & Ciresi L.L.P. |

By: /s/
MICHAEL A. GEIBELSON

Attorneys for Defendants
Best Buy Co., Inc., Best Buy Stores, LP, and Bestbuy.Com LLC

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/

Attorneys for Defendants
Canon Inc. and Canon U.S.A., Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Kaye Scholer LLP |

By: /s/
OSCAR RAMALLO

Attorneys for Defendant
B & H Foto & Electronics Corp.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Kohan Law Firm<br>Ezra Sutton & Associates, P.A. |

By: /s/
K. TOM KOHAN

Attorneys for Defendant and
Counter-claimant Sakar International, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Greenburg Traurig, LLP |

By: /s/
J. RICK TACHÉ

Attorneys for Defendant
Mamiya America Corporation

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Greenburg Traurig, LLP |

By: /s/
J. RICK TACHÉ

Attorneys for Defendant
Leaf Imaging Ltd.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendants
Olympus Corporation and Olympus Imaging America, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Crowell & Moring LLP |
| | | By: /s/ DANIEL A. SASSE |
| | | DANIEL A. SASSE |
| | | Attorneys for Defendants Leica Camera AG and Leica Camera Inc. |
| Dated: | March 18, 2013 | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| | | By: /s/ |
| | | LIONEL M. LAVENUE |
| | | Attorneys for Defendants Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. |
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |
| | | By: /s/ |
| | | CHRISTOPHER P. BRODERICK |
| | | Attorneys for Defendant Fujifilm Corporation |
| Dated: | March 18, 2013 | Knobbe, Martens, Olson & Bear, LLP |
| | | By: /s/ |
| | | JON W. GURKA |
| | | Attorneys for Defendant General Imaging Company |
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |
| | | By: /s/ |
| | | CHRISTOPHER P. BRODERICK |
| | | Attorneys for Defendants Sigma Corporation and Sigma Corporation of America |

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendant
Target Corporation

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendants
Nikon Corporation and Nikon, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendant
Micro Electronics, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendant
Overstock.com, Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | The Webb Law Firm |

By: /s/
CECILIA R. DICKSON

Attorneys for Defendants
Newegg Inc. and Newegg.com Inc. and
Counter-Plaintiff Newegg Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | DLA Piper LLP (US) |

By: /s/
RICHARD DE BODO

Attorneys for Defendants
Pentax Ricoh Imaging Co., Ltd.; Pentax Ricoh Imaging Americas Corporation; Ricoh Company, Ltd.; and Ricoh Americas Corp.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Ballard Spahr LLP |

By: /s/
ROSINA M. HERNANDEZ

Attorneys for Defendant
Xerox Corporation

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Orrick, Herrington & Sutcliffe LLP |

By: /s/
CHRISTOPHER P. BRODERICK

Attorneys for Defendant
Konica Minolta Business Solutions, U.S.A., Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Marshall, Gerstein & Borun LLP<br>Gibson, Dunn & Crutcher LLP |

By: /s ANTHONY S. GABRIELSON/
ANTHONY S. GABRIELSON

Attorneys for Defendant
CDW LLC

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Renner, Otto, Boisselle & Sklar, LLP |

By: /s/
MARK C. JOHNSON

Attorneys for Defendants
Victor Hasselblad AB and Hasselblad USA Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Sills Cummis & Gross P.C. |

By: /s/
SCOTT D. STIMPSON

Attorneys for Defendants
Casio America, Inc. and Casio Computer Co., Ltd.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Turner Boyd LLP |

By: /s/
JOSHUA M. MASUR

Attorneys for Defendants
ASUS Computer International and ASUSTeK Computer Inc.

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Bostwick & Jassy LLP<br>Kilpatrick Townsend & Stockton LLP |

By: /s/
GARY L. BOSTWICK

Attorneys for Defendant
Motorola Mobility LLC

| | | |
|---|---|---|
| Dated: | March 18, 2013 | Jones Day |

By: /s/
FRANK P. COTE

Attorneys for Defendant
Apple Inc.

**SO ORDERED.**

DATED: _____      _____
   Hon. Otis D. Wright, II
   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28