1  John J Edmonds (SBN 274200)
   COLLINS EDMONDS POGORZELSKI
2  SCHLATHER & TOWER, PLLC
3  1851 East First Street Suite 900
   Santa Ana, CA 92705
4  Telephone:  951.708.1237
   Facsimile:   951.824.7901
5  jedmonds@cepiplaw.com

6
   Attorney for Plaintiff
7  DIGITECH IMAGE TECHNOLOGIES, LLC

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10 | DIGITECH IMAGE                  | Case No. 8:12-cv-01324-ODW (MRWx)
11 | TECHNOLOGIES, LLC,              | CONSOLIDATED
12 |         Plaintiff,              |
   |     v.                          |
13 |                                 |
14 | ELECTRONICS FOR IMAGING, ET AL. |
15 |                                 |
   |         Defendants.             |
16 |                                 |
17 | _____  |
18 | DIGITECH IMAGE                  |
   | TECHNOLOGIES, LLC,              | Case No. 8:12-cv-01678-ODW (MRWx)
19 |                                 | CONSOLIDATED
20 |         Plaintiff,              |
21 |     v.                          | Hon. Otis D. Wright, II
22 | SONY   CORPORATION,   SONY      | **JOINT MOTION TO DISMISS
   | CORPORATION OF AMERICA and      | DEFENDANTS SONY
23 | SONY ELECTRONICS INC.,          | CORPORATION, SONY
                                     | CORPORATION OF AMERICA AND
24                                   | SONY ELECTRONICS INC.**
25 |         Defendants.             |
26
27
28

1  WHEREAS, Plaintiff Digitech Image Technologies, LLC and Defendants Sony Corporation, Sony Corporation of America and Sony Electronics Inc. (collectively "Sony") have settled Plaintiff's claims for relief against Sony asserted in this case.

NOW, THEREFORE, Plaintiff and Sony, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Sony, with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: July 8, 2013 | COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER PLLC<br>JOHN J. EDMONDS<br><br>By:  /s/ John J. Edmonds<br>         JOHN J. EDMONDS<br><br>Attorney for Plaintiff<br>DIGITECH IMAGE TECHNOLOGIES, LLC |
| Dated: July 8, 2013 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>LIONEL LAVENUE<br><br>By:  /s/ Lionel Lavenue<br>         LIONEL LAVENUE<br><br>ATTORNEY FOR DEFENDANTS SONY CORPORATION, SONY CORPORATION OF AMERICA AND SONY ELECTRONICS INC. |

# **CERTIFICATE OF SERVICE**

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on July 8, 2013 the following document:

**JOINT MOTION TO DISMISS DEFENDANTS SONY CORPORATION, SONY CORPORATION OF AMERICA AND SONY ELECTRONICS INC.**

was sent on July 8, 2013 via the Court's CM/ECF system to all counsel of record in this action.

July 8, 2013                                     /s/ John J. Edmonds
                                                 John J. Edmonds

2