UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | SA CV 12-01678-ODW(MRWx) | Date | July 8, 2013 |
|---|---|---|---|
| Title | Digitech Image Technologies, LLC v. Sony Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Court |
|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**     **MINUTE ORDER  (IN CHAMBERS)**

The Court orders the clerk's office to close this case (JS-6).

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |